## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Timothy G Montalvo                                    )          Chapter 13
       Jeannette Montalvo                                   )          Case No. 19 B 07803
       Debtor(s)                                                  )          Judge LaShonda A. Hunt

## Notice of Motion

Timothy G Montalvo                                           Debtor Attorney: David M Siegel
Jeannette Montalvo                                            via Clerk's ECF noticing procedures
6978 W Cleveland St
Niles, IL  60714

On June 10, 2019 at 10:30 am, I will appear at the location listed to the         > Dirksen Federal Building
right, and present this motion.                                                   > 219 South Dearborn
                                                                                 > Courtroom 719
                                                                                 > Chicago, IL  60604
I certify under penalty of perjury that this office caused a copy of this
notice to be delivered to the persons named above by U.S. mail or by the
methods indicated on or before Tuesday, May 7, 2019.                             /s/ MARILYN O. MARSHALL
                                                                                 MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.   Debtor(s) filed for Chapter 13 on 03/20/2019.

2.   The debtor(s) have failed to amend schedule B to list the value of their assets.

3.   The Debtor has failed to amend the plan at section 8.1 to remove the surrender language.

4.   The Debtor has failed to amend schedule I to list the correct income amount.

5.   The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                             /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                           MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300