UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                       )          BK No.:   19-07803
Timothy G Montalvo                           )
 Jeannette Montalvo                          )
                                             )          Chapter: 13
                                             )          Honorable LaShonda Hunt
                                             )
                                             )
            Debtor(s)                        )

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  July 01, 2019

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300